# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

DIANE ELIZABETH ZUK,
    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.

Civ. No. 8:22-cv-02101-BFM
Magistrate Judge Brianna Fuller Mircheff

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

    Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $6,400.00, as authorized by 28 U.S.C. §2412, and $402.00, to be paid separately from the Judgment Fund, be awarded subject to the terms of the Stipulation.

2/5/2024
Dated

_____
HON. BRIANNA FULLER MIRCHEFF
United States Magistrate Judge